In the Matter of PHILIP S. LORD et al., Appellants, v. SAMUEL JOOR, JR., et al., Respondents Memorandum: In the exercise of a proper discretion the motion should have been granted and the examination and inspection permitted. This examination should be permitted prior to the hearing on the application to vacate the order of adoption in the case of *Matter of Lord*, decided herewith (28 A D 2d 1203). (Appeal from order of Onondaga Family Court, denying

application to inspect sealed adoption records.)  Present — Williams, P. J., Bastow, Henry and Del Vecchio, JJ.